JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:22-cv-00302-JLS-JDE                                    Date:  September 28, 2023
Title:  Hong Kim Nguyen v. US Citizenship and Immigration Servs.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On January 24, 2023, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  (*See* OSC, Doc. 11.)  Plaintiff failed to respond to the Court's Order.

Accordingly, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Preparer:  __gga__